# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON M. D'HAENENS, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01432-GMN-GWF |
| vs. | ) **ORDER** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION for GUARANTEED REMIC PASS-THROUGH CERTIFICATES FANNIE MAE REMIC TRUST 2006-2; RECONSTRUCT COMPANY, N.A., | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' failure to file a Statement in Removal. The Minutes of the Court (#3) dated September 6, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendants have not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendants shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **October 7, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 27th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge