**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON M. D'HAENENS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-01432-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION for GUARANTEED REMIC ) | |
| PASS-THROUGH CERTIFICATES FANNIE ) | |
| MAE REMIC TRUST 2006-2; RECONSTRUCT ) | |
| COMPANY, N.A., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated September 6, 2011, required the parties to file a Joint Status Report regarding removed action no later than October 9, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **October 24, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 12th day of October, 2011.

```
                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge
```