UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON M. D'HAENENS, | ) |
| Plaintiff, | ) Case No.  2:11-cv-01432-GMN-GWF |
| vs. | ) **ORDER** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION for GUARANTEED REMIC PASS-THROUGH CERTIFICATES FANNIE MAE REMIC TRUST 2006-2; RECONSTRUCT COMPANY, N.A., | ) Motion to Strike Plaintiff's Offer for Early Settlement (#36) |
| Defendants. | ) |

This matter comes before the Court on Defendant's Motion to Strike Plaintiff's Offer for Early Settlement (#36), filed on April 2, 2012.  On March 12, 2012, Plaintiff filed with the Court a Notice of Offer of Early Settlement (#34).  Defendants now seek to strike that document from the docket as an irrelevant or immaterial pleading.  A settlement offer should be served upon the opposing party, not filed with the Court.  Pursuant to Fed. R. Civ. P. 12(f), the Court will strike Plaintiff's Offer for Early Settlement as improper.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Offer for Early Settlement (#36) is **granted**.  The Clerk of Court shall strike Plaintiff's  Notice of Offer of Early Settlement (#34) from the docket.

DATED this 3rd day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge